AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

UNITED STATES OF AMERICA,

          Plaintiff(s)

v.

RAFAEL ROMERO-DUARTE,

          Defendant.

Case No. CR09-119-01-BR

**EXHIBIT AND WITNESS LIST**

| Dates of Hearing/Trial | 09/27/2010-10/5/2010 |
|---|---|
| Court Reporters | Amanda LeGore |
| Deputy Clerks | Bonnie Boyer |

| Attorney for Plaintiff/Government | Attorney for Defendants |
|---|---|
| John Kolego | Tom Edmonds, John Laing |
| | |

| Ptf Ex. No. | ID | Ev | Def Ex. No. | ID | Ev | Date | WITNESS / EXHIBIT DESCRIP | Called by |
|---|---|---|---|---|---|---|---|---|
| 293 | X | X | | | | **09/27** | Portland General Electric 11556 SE Fuller Rd, Portland | |
| 231 | X | X | | | | | Subscriber records | |
| 317 | X | X | | | | | Comcast Cable Record | |
| 348 | X | | | | | | Western Union, Wire Transfer | |
| | | | | | | | **Robert Jackson** | Govt |
| 219 | X | X | | | | | Photo-Rafael Romero-Duarte | |
| 220 | X | X | | | | | Photo-Kain DeJesus Romero-Duarte | |
| 221 | X | X | | | | | Photo-Hector Ledesma-Ayon | |
| 222 | X | X | | | | | Photo-Miguel Sanchez Ramirez | |
| 223 | X | X | | | | | Photo-Jose Romero-Duarte | |

R=Received; N=Not Received; W=Withdrawn/Not Offered           (WitExhList CR09-119.wpd)

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. __2__

| Case No. | CR09-119 | | | | | Title | US v Romero-Duarte, et al | | |
|---|---|---|---|---|---|---|---|---|---|

| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called | by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 224 | X | X | | | | | Photo-Jose Ruben Rivera | | |
| 225 | X | X | | | | | Photo-Jose Beron Cardenas | | |
| 226 | X | X | | | | | Photo-Antonia Cesar Tapia-Maldonado | | |
| 227 | X | X | | | | | Photo-Pedro Govea Maldonado | | |
| 228 | X | X | | | | | Photo-Nelson DeLeon Borrayo | | |
| 229 | X | X | | | | | Photo-Rafael Ortiz | | |
| 236 | X | X | | | | | Photo-Pontiac Mini Van | | |
| 237 | X | X | | | | | Photo-Honda Accord | | |
| 238 | X | X | | | | | Photo-Money Saver Storage Facility | | |
| 239 | X |   | | | | | Photo-Money Saver Storage Facility | | |
| 240 | X |   | | | | | Photo-Money Saver Storage Facility | | |
| 241 | X | X | | | | | Photo-Rafael Ortiz | | |
| 242 | X | X | | | | | 734 SW Halsey Loop #111 | | |
| 245 | X |   | | | | | Video-734 SW Halsey Loop | | |
| 247 | X | X | | | | | Photo-Miguel Sanchez Ramirez & 734 SW Halsey St | | |
| 249 | X | X | | | | | Photo-722 SW Halsey St. | | |
| 266 | X | X | | | | | Photo-17234 NE Halsey #207 | | |
| 272 | X | X | | | | | Photo-1700 NE 162nd | | |
| 289 | X | X | | | | | Photo-Morelia Restaurant | | |
| 290 | X | X | | | | | Photo-Strip Mall | | |
| 291 | X | X | | | | | Photo-Strip Mall | | |
| 297 | X | X | | | | | Photo 1052 NE 104th Ave. | | |
| 300 | X | X | | | | | Photo-3608 V Street | | |
| 301 | X |   | | | | | Photo-White Car w/2 occupants at 3608 V Street | | |
|   |   |   |   |   |   | **09/28** | | | |
| 315 | X | X | | | | | Photo-6113 Ne 33rd Circle, Vancouver | | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

**EXHIBIT AND WITNESS LIST**

**(Continued)** pg. __3__

| Case No. | CR09-119 | | | | | | Title US v Romero-Duarte, et al | |
|---|---|---|---|---|---|---|---|---|
| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| 316 | X | X | | | | | Photo-6113 Ne 33rd Circle, Vancouver | |
| 318 | X | X | | | | | Photo-3017 NE 57th Ave, Bldg A, Vancouver | |
| 319 | X | X | | | | | Photo-3017 NE 57th Ave, Bldg A, Vancouver | |
| 320 | X | X | | | | | Photo-3017 NE 57th Ave, Bldg A, Vancouver | |
| 321 | X | X | | | | | Photo-3017 NE 57th Ave, Bldg A, Vancouver | |
| 324 | X | X | | | | | Aerial Map | |
| 325 | X | X | | | | | Photo-823 SW 257th Ave, Apt 207, Troutdale | |
| 326 | X | X | | | | | Aerial Map | |
| 327 | X | X | | | | | Aerial Map | |
| 342 | X | X | | | | | Photo-3203 E 33rd Street, Apt 10, Vancouver | |
| 343 | X | X | | | | | Photo-3203 E 33rd Street, Apt 10, Vancouver | |
| | | | | | | | **Errin Paul Jewell** | Govt |
| | | | | | | | **Joseph Macrina** | Govt |
| 288 | X | X | | | | | Timeline-Wiretap | |
| 1-174 | X | X | | | | | Audio and transcripts | |
| 198-199 | X | X | | | | | Audio and transcripts | |
| 349-378 | X | X | | | | | Audio and transcripts | |
| 328 | X | X | | | | | Photo-Jerry Miller | |
| 353-354 | X | | | | | | Audio and transcript | |
| 301-314 | X | X | | | | | Photos-3608 V Street, Vancouver | |
| 325 | X | X | | | | | Photo-823 SW 257th Ave, Apt 207, Troutdale | |
| | | | | | | | **Hector Ledesma-Ayon** | Govt |
| | | | | | | 09/29 | **Hector Ledesma-Ayon** | Govt |

R=Received; N=Not Received; W=Withdrawn/Not Offered

**EXHIBIT AND WITNESS LIST**

**(Continued)** pg. __4__

| Case No. | CR09-119 | | | | | | Title US v Romero-Duarte, et al | | |
|---|---|---|---|---|---|---|---|---|---|
| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called | by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | | |
| 336 | X | X | | | | | Photo-1997 Chevy Blazer | | |
| 337 | X | X | | | | | Photo-Silver Kia | | |
| 340 | X | | | | | | Photo-2003 Honda Accord | | |
| 334 | X | X | | | | | Photo-2002 Blue Jaguar | | |
| 323 | X | | | | | | Photo-Defendant-Gold Cadillac | | |
| | | | | | | | **David Tyree** | | Govt |
| 178-187 | X | X | | | | | Audio and transcripts | | |
| 190-191 | X | X | | | | | Audio and transcripts | | |
| 193-194 | X | X | | | | | Audio and transcripts | | |
| 196-199 | X | X | | | | | Audio and transcripts | | |
| 201-202 | X | X | | | | | Audio and transcripts | | |
| 204-205 | X | X | | | | | Audio and transcripts | | |
| 207-208 | X | X | | | | | Audio and transcripts | | |
| 210-211 | X | X | | | | | Audio and transcripts | | |
| 344 | X | X | | | | | Video Recording-3203 E 33rd St., Apt 10, Vancouver | | |
| | | | | | | 9/30 | **Hector Ledesma-Ayon** | | Govt |
| | | | | | | | **John Olan Hess** | | Govt |
| | | | | | | | **David Tyree** | | Govt |
| 176 | X | X | | | | | Drugs-DEA #13 | | |
| 173 | X | X | | | | | Audio Recording 3/4/09 | | |
| 174 | X | X | | | | | Transcript of 173 | | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

**EXHIBIT AND WITNESS LIST**

**(Continued)** pg. 5

| Case No. | CR09-119 | | | | | Title | US v Romero-Duarte, et al | | |

| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called | by |
|---|---|---|---|---|---|---|---|---|---|
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | | |
| 230 | X | X | | | | | Undercover Call Summary | | |
| 239 | X | X | | | | | Photo-Money Saver Storage Facility | | |
| 240 | X | X | | | | | Photo-Money Saver Storage Facility | | |
| 188 | X | | | | | | Drugs-DEA #14 | | |
| 347 | X | X | | | | | Western Union Records | | |
| 348 | X | X | | | | | Western Union Wire Transfer Summary Receipts | | |
| | | | | | | | **Louis Nalepa** | | Govt |
| 248 | X | X | | | | | Indiana DL- Miguel Sanchez Ramirez | | |
| 251 | X | X | | | | | Photo-Hand Mixer | | |
| 379 | X | X | | | | | Hand Mixer | | |
| 253 | X | X | | | | | Photo-Drugs in plastic packaging | | |
| 382 | X | X | | | | | Drugs in plastic packaging | | |
| 254 | X | X | | | | | Photo-White powder in plastic bag | | |
| 255 | X | X | | | | | Drugs in packaging | | |
| 215 | X | X | | | | | Drugs-DEA #22 | | |
| 256 | X | X | | | | | Photo-Drugs in large Hefty one-ziploc bag | | |
| 216 | X | X | | | | | Druge-DEA #23 | | |
| 217 | X | X | | | | | Non-Drugs-DEA #24; white powder | | |
| 218 | X | | | | | | DEA Lab Report re: DEA #22, #23, #24 | | |
| 257 | X | X | | | | | Photo-DigiWeigh Scale | | |
| 258 | X | X | | | | | DigiWeigh Scale | | |
| 188 | X | X | | | | | Druges-DEA #14 | | |
| 218 | X | X | | | | | Luke Skifich | | Govt |
| 177 | X | X | | | | | DEA Lab Report #13 | | |
| 189 | X | X | | | | | DEA Lab Report #14 | | |
| | | | | | | | **Antonio Cesar Tapia-Maldonado** | | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

# EXHIBIT AND WITNESS LIST
## (Continued)

pg. __6__

| Case No. | CR09-119 | | | | | Title | US v Romero-Duarte, et al | | |
|---|---|---|---|---|---|---|---|---|---|

| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called | |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | | by |
|---|---|---|---|---|---|---|---|---|---|
| 267 | X | X | | | | | Sprint Cell Phone (360) 270-0284 | | |
| 270 | X | X | | | | | Photo-re: Tapia phone (360) 270-0284 | | |
| 340 | X | X | | | | | Photo-2003 Honda Accord | | |
| 271 | X | X | | | | | Photo-re: Tapia phone (360) 270-0284 | | |
| | | | | | | **10/4** | | | |
| | | | | | | | **J.D. McGuire** | | Govt |
| 277 | X | X | | | | | Photo- 2600 NE Minnehaha St., Apt. B-22 | | |
| 285 | X | X | | | | | Photo- 4200 NE 78th St., Vancouver | | |
| 287 | X | X | | | | | Photo- 4200 NE 78th St., Vancouver | | |
| 283 | X | X | | | | | Handwritten letter | | |
| | | | | | | | **Nelson Deleon Borrayo** | | Govt |
| 323 | X | | | | | | Photo- Rafael Romero-Duarte, Gold Cadillac | | |
| | | | | | | | **Eric John Bjorkman** | | Govt |
| 245 | X | X | | | | | Video re: 734 SW Halsey Street, Troutdale, OR | | |
| 243 | X | X | | | | | Lease Agreement-734 SW Halsey Street, Apt 111 | | |
| | | | | | | | **Seung Sung** | | Govt |
| 322 | X | X | | | | | Floor Diagram-3017 NE 57th Ave | | |
| | | | | | | | **Richard Scott Morris** | | Govt |
| | | | | | | | **Jarred Michael Pattee** | | Govt |
| | | | | | | | **Robert Jackson** | | Govt |
| 244 | X | X | | | | | Photo-Indiana DL re: Miguel Sanchez Ramirez | | |
| 246 | X | X | | | | | Photos from video - 734 SW Halsey Street, Troutdale | | |
| 261 | X | X | | | | | DL/ID Application re: Jose Ruven Rivera | | |
| 262 | X | X | | | | | Oregon Car Registration re: Nelson E DeLeon Borrayo | | |
| 263 | X | X | | | | | Letter dated 2/5/09 from DMV to Deft re: 2000 Focus | | |

R=Received; N=Not Received; W=Withdrawn/Not Offered

**EXHIBIT AND WITNESS LIST**

**(Continued)**  pg. __7__

| Case No. | CR09-119 | | | | | Title US v Romero-Duarte, et al | | |
|---|---|---|---|---|---|---|---|---|
| Govt / Ptf | | | Def | | | Date | WITNESS / EXHIBIT DESCRIP | Called by |
| Ex. No. | ID | Ev | Ex. No. | ID | Ev | | | |
| 264 | X | X | | | | | Indiana Auto Insurance ID card re: Miguel Ramirez | |
| 284 | X | X | | | | | Vehicle Title re: 1999 Honda, Borrayo | |

R=Received; N=Not Received; W=Withdrawn/Not Offered